■ In the Matter of MITCHELL KALWASINSKI, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [899 NYS2d 722]—Appeal from a judgment (denominated order) of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered April 6, 2009 in a proceeding pursuant to CPLR article 78. The judgment granted respondent's motion to dismiss the petition as untimely.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Lindley, Green and Gorski, JJ.